AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED
2014 DEC -9  AM 10: 10

UNITED STATES OF AMERICA

v.

MARTIN MARTINEZ

Defendant.

Case Number  EP-14-CR-1610-DCG
USM Number   52518-051

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, MARTIN MARTINEZ, was represented by Andrew Lafayette Steed and Margarito Gonzalez Rodriguez.

The defendant pled guilty to Count One (1) of the Indictment on September 24, 2014. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
| --- | --- | --- | --- |
| 8 U.S.C. 1326 | Re-entry of deported aliens | July 22, 2014 | One (1) |

As pronounced on December 8, 2014, the defendant is sentenced as provided in pages 2 through 3 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___8th___ day of December, 2014.

DAVID C. GUADERRAMA
United States District Judge

ON _____ SUBJECT
REL TO _____
R. ALMONTE, USM
BY: _____

